# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

RALPH D. ARMSTRONG,

     Plaintiff,

v.                                        No. 21-cv-080 JCH-JHR

STATE OF NEW MEXICO, *et al*,

     Defendants.

## <u>ORDER TO CURE DEFICIENCIES</u>

This matter is before the Court on Plaintiff Ralph Armstrong's *pro se* Notice of Claim (Doc. 1). The Notice alleges Defendants violated Plaintiff's due process rights in connection with a parole hearing. The Notice appears to refer to damages for wrongful incarceration, but it does not contain a specific request for relief. The proper avenue for raising a constitutional violation is a civil rights complaint under 42 U.S.C. § 1983. The Clerk's Office will mail Plaintiff a blank § 1983 complaint, which he should complete and return within thirty (30) days of entry of this Order. By that same deadline, Plaintiff must also prepay the $402 filing fee or, alternatively, file a motion to proceed *in forma pauperis*. All filings must include the case number (21-cv-080 JCH-JHR). If Plaintiff fails to timely refile his claims on the proper § 1983 form <u>and</u> address the filing fee, the Court will dismiss this action without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall: (1) refile his claims on the § 1983 form complaint; and (2) either prepay the $402 filing fee or, alternatively, file a motion to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that the Clerk's Office shall **MAIL** Plaintiff a form § 1983

complaint and a form motion to proceed *in forma pauperis*.

_____
UNITED STATES MAGISTRATE JUDGE